UNITED STATES BANKRUPTCY COURT
District of Oregon

In re  )
**Jamell Suazo**  ) Case No. **19-31736-pcm13**
    Debtor(s)  )
  ) Judge Thomas M Renn
  ) Relief from Stay
  ) Hearing Date: **05/17/2022**

AMBER L LABRECQUE    \_\_\_\_ No appearance     KIRK KNUTSON    \_\_\_\_ No appearance

Attorney for Moving Party                  Attorney for Opposing Party

**Matter: Continued Hearing on Motion for Relief From Stay Re: 12145 SW POND LANE, PORTLAND, OR 97224 Filed by Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT Doc# 39**

  \_\_\_\_ Continued preliminary hearing to be held on _____ by telephone.
  \_\_\_\_ Final hearing to be held on _____ in/via
  X   Stay remains in effect.

Other:

  \_\_\_\_ Agreed order being circulated.
  \_\_\_\_ Parties negotiating and request one more set-over.
  \_\_\_\_ Need time to exchange accounting.
  \_\_\_\_ Parties unable to resolve and request evidentiary hearing. Hearing to be set and noticed by CRD.
  X   Off calendar; may be reset at request of either party.
  \_\_\_\_ Motion denied. Order to be lodged by
  \_\_\_\_ Motion granted. Order to be lodged by
  \_\_\_\_ Stay to remain in effect until entry of an order otherwise, and parties agree to extend 60 day time period of 11 U.S.C §362(e)(2)(B) to the extent necessary to accommodate hearing date.

Notes:
Ms. LaBrecque indicated she is awaiting final approval from her client that the proof of payment is good. She expects to file a withdrawal of the motion within 7 days.