Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re

Case No. _____

    Amended

Debtor

**ORDER ON MOTION BY CHAPTER 13 DEBTOR TO BUY, SELL, OR ENCUMBER INTEREST IN PROPERTY**

This matter having come before the court on the *Notice of Motion and Motion by Chapter 13 Debtor to Buy, Sell, or Encumber Interest in Property* (ECF No. _____), and the court finding good cause therefore,

IT IS ORDERED that the motion is:

    Granted. The debtor is authorized to buy, sell, or encumber (including refinance of property and loan modifications) its interest in the following property, including street address and legal description if real property:

in accordance with the terms set forth in the motion.

1301.5 (12/1/2022)                    Page 1 of 2

☐ Granted. The debtor is authorized to ☐ buy, ☐ sell, or ☐ encumber (including refinance of property and loan modifications) its interest in the following property, including street address and legal description if real property:



in accordance with the terms set forth in the motion, but with the following modifications:




☐ Denied

### # # #








1301.5 (12/1/2022)　　　　　　　　　Page 2 of 2